Motion by New York State School Boards Association, Inc. for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

In the Matter of JUSTO RICHARDS, Appellant, v ANDREW M. CUOMO, as Attorney General of the State of New York, Respondent.

Decided December 13, 2011

Reported below, 88 AD3d 1043.

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

In the Matter of STEPHEN ROSENBLUM, Respondent, v NEW YORK CITY CONFLICTS OF INTEREST BOARD et al., Appellants.

Submitted December 5, 2011; decided December 13, 2011

Reported below, 75 AD3d 426.

Motion by Citizens Union of the City of New York for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed.

In the Matter of STEPHEN ROSENBLUM, Respondent, v NEW YORK CITY CONFLICTS OF INTEREST BOARD et al., Appellants.

Submitted December 5, 2011; decided December 13, 2011

Reported below, 75 AD3d 426.

Motion by Association of the Bar of the City of New York for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

In the Matter of STATE OF NEW YORK, Respondent, v DANIEL F., Appellant.

Submitted October 31, 2011; decided December 13, 2011

Reported below, 77 AD3d 1400.